Nancy F. Myers, Esq.

52 Trumbull St

PO Box 1612

New Haven, CT 06506-1612

    RE:   US v. Joseph Cassetti

           Case Number: 3:10CR60 (VLB)

           File Number 213296-007

Ms. Myers,

      I am writing a character reference letter for my good friend, Joseph Cassetti. I have known Joseph for nearly two years. During this time, he has shown many traits that suggest to me that he is a pleasant addition to any community.

      I met Joseph when I was a missionary for the Church of Jesus Christ of Latter Day Saints in the Ansonia area. I can recall the first time I met Joseph; he was visibly weighed down by stressful matters. At the time, I did not know what those matters were, but after getting to know Joseph, we were able to discuss his actions, and I was able to sense a strong regret for the illegal actions that he had committed. Since that time, Joseph has given a strong effort to better himself as a person. He is cleansed himself from addictive substances (such as cigarettes). He has donated large amounts of money to the Church of Jesus Christ of Latter Day Saints, which places a large emphasis on helping those who are in need throughout the world. Joseph is also a joy to be around. His personality is a cut above the rest. He genuinely cares for people. Joseph is a strong person, with a great heart, and takes pleasure in helping others.

Joseph made mistakes, as we all do. However, I say with confidence that Joseph Cassetti is a changed man. The man that I know so well is not a man that commits felony crimes. That is a matter of fact.

           Thank You.

           Sincerely,

           Taylor Berthelson

           4599 W Copper Valley Lane

           West Jordan, UT 84088