UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES | : | CRIMINAL NO. 3:10 CR 00060 (VLB) |
| V. | : | |
| JOSEPH CASSETTI | : | JUNE 13, 2011 |

### SUPPLEMENT TO MEMORANDUM IN AID OF SENTENCING

The defendant, Joseph Cassetti, respectfully submits this Supplement to his previously-filed Sentencing Memorandum dated May 31, 2011 for the Court's consideration in connection with his sentencing hearing scheduled for Tuesday, August 23, 2011 at 1:00 p.m.  Attached hereto please find letters from William J. Malerba, Joyce Cassetti, Lillian Cassetti, David Cassetti, Ken Hansen, Gary Cassetti, and Adam Brinkerhoff.

THE DEFENDANT
JOSEPH CASSETTI

/s/CHARLES E. TIERNAN, III
Federal Bar No. ct00258
NANCY F. MYERS
Federal Bar No. ct24353
Lynch, Traub, Keefe, & Errante
52 Trumbull Street
New Haven, CT 06510
Phone:  (203) 787-0275
Fax:  (203) 782-0278

1

**CERTIFICATE OF SERVICE**

      Pursuant to the Court's designation of this matter as an electronically filed case, and in accordance with the requirements for certification of service in such cases, the undersigned certifies that the foregoing document was filed electronically on June 13, 2011.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court system.

                                            /s/ Charles E. Tiernan, III, Esq.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278